No. 705, Misc.  HILL v. MICHIGAN.  Supreme Court of Michigan.  Certiorari denied.

No. 712, Misc.  HAWLK v. ELLIS, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.  Court of Criminal Appeals of Texas.  Certiorari denied.

No. 718, Misc.  BATES v. CALIFORNIA ADULT AUTHORITY.  Supreme Court of California.  Certiorari denied.

No. 720, Misc.  TRAMAGLINO v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 721, Misc.  COATES v. UNITED STATES.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.

No. 725, Misc.  POPE v. RAGEN, WARDEN.  Criminal Court of Cook County, Illinois.  Certiorari denied.

No. 733, Misc.  BECK v. MICHIGAN.  Supreme Court of Michigan.  Certiorari denied.

No. 741, Misc.  WYERS v. MICHIGAN.  Supreme Court of Michigan.  Certiorari denied.

No. 746, Misc.  BRIMAGE v. ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.

No. 747, Misc.  SEWARD v. HEINZE, WARDEN.  Supreme Court of California.  Certiorari denied.

No. 748, Misc.  SHIPMAN v. RANDOLPH, WARDEN.  Circuit Court of Randolph County, Illinois.  Certiorari denied.